IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03073-BNB

KENDRICK SAMUELS

     Plaintiff,

v.

SGT. KERRY BYNES, Recreational Officer Buena Vista Correctional Facility,
JOHN DAVIS, Administrative Head/Warden Buena Vista Correctional Facility,
DR. THOMAS CHARLES FISHER, Medical Provider/Physician Buena Vista
     Correctional Facility,
KERRY BARONI, Health Service Administrator of Buena Vista Correctional Facility, and
PATRICE BALDWIN, Supervisor of Health Service Administrator Buena Vista
     Correctional Facility,

     Defendants.

---

ORDER DRAWING CASE

---

     After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that

this case does not appear to be appropriate for summary dismissal.  Therefore, the

case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR

8.1(c).  Accordingly, it is

     ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

     DATED January 15, 2014, at Denver, Colorado.

     BY THE COURT:

     s/ Boyd N. Boland
     United States Magistrate Judge