**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03073-REB-KLM

KENDRICK SAMUELS,

    Plaintiff,

v.

SERGEANT KERRY BYNES, Recreational Officer Buena Vista Correctional Facility,
WARDEN JOHN DAVIS, Administrative Head Buena Vista Correctional Facility,
DR. THOMAS CHARLES FISHER, Medical Provider/Physician Buena Vista Correctional Facility,
KERRY BARONI, Health Service Administrator of Buena Vista Correctional Facility, and
PATRICE BALDWIN, Supervisor of Health Service Administrator Buena Vista Correctional Facility,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before the court on the **Motion to Dismiss Without Prejudice** [#34][1] filed July 28, 2014, by pro se plaintiff in letter form. After reviewing the motion and the record, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Motion to Dismiss Without Prejudice** [#34] filed July 28, 2014, by pro se plaintiff in letter form, is **GRANTED**; and

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated July 28, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge